**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Isaih VEYTIA, Defendant—Appellant.**

**No. 10–50027.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 14, 2010.\*

Filed Jan. 5, 2011.

Timothy C. Perry, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Mark F. Adams, Mark F. Adams, San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

MEMORANDUM \*\*

Isaih Veytia appeals from the 96–month sentence imposed following his guilty-plea conviction for importation of cocaine, in violation of 21 U.S.C. §§ 952, 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Veytia contends that, when imposing a sentence below the statutory mandatory minimum, the district court erred by determining that the government's substan-

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tial assistance motion under 18 U.S.C. § 3553(e) permitted it to consider only the factors set forth in section 3553(e) and not the factors set forth in 18 U.S.C. § 3553(a). Veytia contends that this determination conflicts with *Kimbrough v. United States,* 552 U.S. 85, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007), and leads to a sentence that violates the parsimony principle. These contentions are foreclosed. *See United States v. Jackson,* 577 F.3d 1032, 1035–36 (9th Cir.2009).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.